UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-62085-CIV-COHN/SELTZER

DAVID ALAN HOAG,

      Plaintiff,

vs.

EPSTEIN, WEINBERG, & ASSOCIATES LLC,

      Defendant.

_____/

## FINAL DEFAULT JUDGMENT

**THIS CAUSE** is before the Court on Plaintiff David Alan Hoag's Motion for Entry of Final Default Judgment and for Award of Statutory Damages, Costs, and Attorney's Fees [DE 21], filed March 28, 2014.  The Court has carefully considered the Motion, the declarations in support thereof, notes the lack of response to the Motion by the deadline of April 14, 2014, and is otherwise fully advised in the premises.

Pursuant to Federal Rule of Civil Procedure 55, the Court concludes that Plaintiff has met his burden of showing that he is entitled to a final default judgment of  $22,740 against Defendant Epstein, Weinberg, & Associates LLC, consisting of $1,000 in statutory damages under the federal Fair Debt Collection Practices Act, $1,000 in statutory damages under the Florida Consumer Collection Practices Act, $13,500[1] in statutory damages under the Telephone Consumer Protection Act, together with $6,010

---

[1] Although Plaintiff requested treble damages for each of the 23 so-called "robo-calls" that he received on the grounds that each call was a knowing and willful violation of the Telephone Consumer Protection Act, the Court awards treble damages for only the four robo-calls that Plaintiff received after his complaint had been served on Defendant on December 2, 2013.  See DE 13.

in reasonable attorney's fees and $1,230 in costs.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    Plaintiff David Alan Hoag's Motion for Entry of Final Default Judgment and for

Award of Statutory Damages, Costs, and Attorney's Fees [DE 21] is **GRANTED**;

2.    Judgment is hereby entered in favor of Plaintiff David Alan Hoag and against

Defendant Epstein, Weinberg, & Associates LLC in the amount of $22,740 plus

interest thereon at the rate of 0.12% per annum, for which let execution issue;

and

3.    The Clerk is directed to **CLOSE** this case and **DENY** all pending motions as

**MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County,

Florida on this 21st day of April, 2014.

JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.

2